IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )      8:13CR425
                              )
     v.                       )
                              )
ALEJANDRO MENDOZA-AILON,      )      ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 16). Defendant had been scheduled to enter a plea, and is now requesting a jury trial. Subject to the filing of a written waiver of speedy trial, the motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion to continue trial is granted; trial of this matter is scheduled for:

**Monday, May 12, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between January 30, 2014, and May 12, 2014, shall be deemed excludable

time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 29th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court